

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00068-CV

### IN THE INTEREST OF E.M.N., A CHILD

On Appeal from the
444th District Court of Cameron County, Texas
Trial Court Cause No. 2010-02-1095-H

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Appellee, OFFICE OF THE ATTORNEY GENERAL OF TEXAS, is exempt from all costs.

We further order this decision certified below for observance.

August 29, 2024